| | | |
|---|---|---|
| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>WILKEN, CLAUDIA | 2. Court or Organization<br><br>USDC FOR THE NO DIST OF CALIF | 3. Date of Report<br><br>06/14/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE, SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>1301 CLAY STREET<br>OAKLAND, CA 94612 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #3 |
| 2. | TRUSTEE | TRUST #5 |
| 3. | TRUSTEE | TRUST #6 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | SALARY FROM STANFORD UNIVERSITY |
| 2. | 2016 | SELF-EMPLOYED ATTORNEY |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | APRIL 5-8, 2016 | WASHINGTON, D.C. | ANTI-TRUST CONFERENCE (SPEAKING) | TRANSPORTATION, HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo Bank accounts | A | Interest | K | T | | | | | |
| 2.  Schwab Cash Deposit Account | A | Int./Div. | J | T | | | | | |
| 3.  USAA Tax Exempt Inter-term Fd | A | Dividend | J | T | Buy | 05/10/16 | J | | |
| 4.  Schwab S&P 500 Index Fd | A | Dividend | K | T | Buy | 05/20/16 | J | | |
| 5.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 06/20/16 | J | | |
| 6.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 07/20/16 | J | | |
| 7.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 07/20/16 | J | | |
| 8.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 08/22/16 | J | | |
| 9.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 09/20/16 | J | | |
| 10.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 10/20/16 | J | | |
| 11.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 11/21/16 | J | | |
| 12.  Schwab S&P 500 Index Fd | A | Dividend | | | Buy (add'l) | 12/20/16 | J | | |
| 13.  Schwab US Tsy Money Fd | A | Dividend | L | T | | | | | |
| 14.  Wells Fargo Advtg Govt Fd | A | Dividend | | | Sold | 02/22/16 | J | A | |
| 15.  Wells Fargo Advtg Govt Fd | A | Dividend | | | Sold | 05/10/16 | J | A | |
| 16.  Wells Fargo Advtg Govt Fd | A | Dividend | | | Sold | 06/07/16 | J | A | |
| 17.  Wells Fargo Advtg Govt Fd | A | Dividend | | | Sold | 06/13/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 13

**Name of Person Reporting**

WILKEN, CLAUDIA

**Date of Report**

06/14/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab S&P 500 Index Fd | C | Dividend | M | T | | | | | |
| 19. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 01/05/16 | J | | |
| 20. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 02/05/16 | J | | |
| 21. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 03/07/16 | J | | |
| 22. Schwab S&P 500 Index Fd | C | Dividend | | | Buy (add'l) | 04/05/16 | J | | |
| 23. USAA Tax Exempt Inter-term Fd | A | Dividend | L | T | Buy | 01/04/16 | J | | |
| 24. USAA Tax Exempt Inter-term Fd | A | Dividend | | | Buy (add'l) | 05/11/16 | J | | |
| 25. USAA Tax Exempt Inter-term Fd | A | Dividend | | | Buy (add'l) | 06/14/16 | K | | |
| 26. USAA Tax Exempt Inter-term Fd | A | Dividend | | | Buy (add'l) | 10/11/16 | J | | |
| 27. USAA Tax Exempt Inter-term Fd | A | Dividend | | | Buy (add'l) | 11/07/16 | J | | |
| 28. USAA Tax Exempt Inter-term Fd | A | Dividend | | | Buy (add'l) | 12/05/16 | J | | |
| 29. Baird Core Plus Bd Inv | A | Dividend | K | T | Buy | 01/06/16 | J | | |
| 30. Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 02/05/16 | J | | |
| 31. Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 02/23/16 | J | | |
| 32. Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 03/07/16 | J | | |
| 33. Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 04/05/16 | J | | |
| 34. Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 10/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 11/21/16 | J | | |
| 36. Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 12/20/16 | J | | |
| 37. Schwab Bank Savings Sweep | A | Interest | J | T | Open | 01/05/16 | J | | |
| 38. Charles Schwab US REIT | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 39. IShares Gold ETF | | None | J | T | Buy | 01/06/16 | J | | |
| 40. IShares Gold ETF | | None | | | Buy (add'l) | 07/27/16 | J | | |
| 41. IShares Gold ETF | | None | | | Buy (add'l) | 08/04/16 | J | | |
| 42. IShares Gold ETF | | None | | | Buy (add'l) | 10/13/16 | J | | |
| 43. IShares Gold ETF | | None | | | Buy (add'l) | 12/08/16 | J | | |
| 44. IShares High Yield Corporate Bond ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 45. IShares High Yield Corporate Bond ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 46. IShares High Yield Corporate Bond ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |
| 47. IShares High Yield Corporate Bond ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 48. IShares High Yield Corporate Bond ETF | A | Dividend | | | Buy (add'l) | 12/08/16 | J | | |
| 49. Schwab Emerging Markets Equity ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 50. Schwab Fundamental Emerg Mkts Lg Co ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 51. Schwab Fundamental Emerg Mkts Lg Co ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Fundamental Intl Lg Co ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 53. Schwab Fundamental Intl Lg Co ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 54. Schwab Fundamental Intl Lg Co ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |
| 55. Schwab Fundamental Intl Lg Co ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 56. Schwab Fundamental Intl Sm Co ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 57. Schwab Fundamental Intl Sm Co ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 58. Schwab Fundamental US Large Co ETF | A | Dividend | K | T | Buy | 01/06/16 | J | | |
| 59. Schwab Fundamental US Large Co ETF | A | Dividend | | | Buy (add'l) | 02/18/16 | J | | |
| 60. Schwab Fundamental US Large Co ETF | A | Dividend | | | Buy (add'l) | 03/10/16 | J | | |
| 61. Schwab Fundamental US Large Co ETF | A | Dividend | | | Buy (add'l) | 05/12/16 | J | | |
| 62. Schwab Fundamental US Large Co ETF | A | Dividend | | | Buy (add'l) | 06/08/16 | J | | |
| 63. Schwab Fundamental US Large Co ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 64. Schwab Fundamental US Large Co ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |
| 65. Schwab Fundamental US Large Co ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 66. Schwab Fundamental US Small Co ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 67. Schwab Fundamental US Small Co ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 68. Schwab Fundamental US Small Co ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Fundamental US Small Co ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 70. Schwab International Equity ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 71. Schwab International Equity ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 72. Schwab International Equity ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |
| 73. Schwab International Equity ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 74. Schwab International Small Cap Eqty ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 75. Schwab International Small Cap Eqty ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 76. Schwab US Large Cap ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 77. Schwab US Large Cap ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 78. Schwab US Large Cap ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |
| 79. Schwab US Large Cap ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 80. Schwab US Small Cap ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 81. Schwab US Small Cap ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |
| 82. Schwab US Small Cap ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 83. VanEck Vectors JP Morgan EM Loc Curr Bd ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 84. VanEck Vectors JP Morgan EM Loc Curr Bd ETF | A | Dividend | | | Buy (add'l) | 07/27/16 | J | | |
| 85. VanEck Vectors JP Morgan EM Loc Curr Bd ETF | A | Dividend | | | Buy (add'l) | 08/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VanEck Vectors JP Morgan EM Loc Curr Bd ETF | A | Dividend | | | Buy (add'l) | 10/13/16 | J | | |
| 87. VanEck Vectors JP Morgan EM Loc Curr Bd ETF | A | Dividend | | | Buy (add'l) | 12/08/16 | J | | |
| 88. Vanguard Global ex-US Real Est ETF | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 89. IRA #1: Schwab US Tsy Money Fd | | None | J | T | | | | | |
| 90. IRA #1: Invensense Inc | | None | J | T | | | | | |
| 91. IRA #1: Baird Core Plus Bd Inv | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 92. IRA #1: Baird Core Plus Bd Inv | A | Dividend | | | Buy (add'l) | 05/10/16 | J | | |
| 93. IRA #1: Wells Fargo Govt Sec Cl A | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 94. IRA #1: Wells Fargo Govt Sec Cl A | A | Dividend | | | Sold | 05/10/16 | J | A | |
| 95. IRA #1: Dreyfus International Stock Index Fd | | None | | | Sold | 11/21/16 | K | | |
| 96. IRA #1: Dreyfus Small Cap Stock Index Fd | A | Dividend | J | T | | | | | |
| 97. IRA #1: Powershares S&P International DE ETF | A | Dividend | K | T | Buy | 11/21/16 | K | | |
| 98. IRA #2: Schwab US Tsy Money Fd | A | Int./Div. | J | T | | | | | |
| 99. IRA #2: Dodge & Cox Income Fd | B | Dividend | L | T | | | | | |
| 100. IRA #2: Dodge & Cox Income Fd | B | Dividend | | | Buy (add'l) | 10/12/16 | L | | |
| 101. IRA #2: Dreyfus International Stock Index Fd | B | Dividend | K | T | | | | | |
| 102. IRA #2: Dreyfus International Stock Index Fd | B | Dividend | | | Sold (part) | 11/21/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA #2: Dreyfus International Stock Index Fd | B | Dividend | | | Sold (part) | 12/16/16 | K | | |
| 104. IRA #2: Vanguard 500 Index Fd | C | Dividend | M | T | | | | | |
| 105. IRA #2: Wells Fargo Govt Sec Cl A | B | Dividend | | | Sold | 02/22/16 | J | A | |
| 106. IRA #2: Wells Fargo Govt Sec Cl A | B | Dividend | | | Sold | 05/10/16 | J | A | |
| 107. IRA #2: Wells Fargo Govt Sec Cl A | B | Dividend | | | Sold | 06/07/16 | K | C | |
| 108. IRA #2: Wells Fargo Govt Sec Cl A | B | Dividend | | | Sold | 06/13/16 | J | A | |
| 109. IRA #2: Wells Fargo Govt Sec Cl A | B | Dividend | | | Sold | 07/05/16 | J | A | |
| 110. IRA #2: Wells Fargo Govt Sec Cl A | B | Dividend | | | Sold | 10/11/16 | L | C | |
| 111. IRA #2: Wells Fargo Govt Sec Cl A | B | Dividend | | | Sold | 10/14/16 | L | C | |
| 112. IRA #2: Ishares Russell 2000 | A | Dividend | K | T | | | | | |
| 113. IRA #2: Baird Core Plus Bd Inv | B | Dividend | M | T | | | | | |
| 114. IRA #2: Baird Core Plus Bd Inv | B | Dividend | | | Buy (add'l) | 05/11/16 | J | | |
| 115. IRA #2: Baird Core Plus Bd Inv | B | Dividend | | | Buy (add'l) | 06/08/16 | K | | |
| 116. IRA #2: Baird Core Plus Bd Inv | B | Dividend | | | Buy (add'l) | 10/17/16 | L | | |
| 117. IRA #2: Baird Core Plus Bd Inv | B | Dividend | | | Buy (add'l) | 11/21/16 | J | | |
| 118. IRA #2: Schwab US Aggregate Bond ETF | A | Dividend | J | T | | | | | |
| 119. IRA #2: Ishares Core S&P ETF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IRA #2: SPDR S&P 500 ETF | B | Dividend | L | T | | | | | |
| 121. IRA #2: SPDR S&P 500 ETF | B | Dividend | | | Buy (add'l) | 05/10/16 | J | | |
| 122. IRA #2: SPDR S&P 500 ETF | B | Dividend | | | Buy (add'l) | 11/21/16 | K | | |
| 123. IRA #2: SPDR S&P Dividend ETF | A | Dividend | K | T | | | | | |
| 124. IRA #2: SPDR S&P Dividend ETF | A | Dividend | | | Buy (add'l) | 05/10/16 | J | | |
| 125. IRA #2: Powershares S&P International DE ETF | A | Dividend | K | T | Buy | 11/21/16 | J | | |
| 126. IRA #2: Powershares S&P International DE ETF | A | Dividend | | | Buy (add'l) | 12/16/16 | K | | |
| 127. SEP-IRA #1: Schwab Cash Deposit Account | A | Interest | | | Open | 04/15/16 | K | | |
| 128. SEP-IRA #1: Schwab Cash Deposit Account | A | Interest | | | Closed | 11/21/16 | J | | |
| 129. SEP-IRA #1: Baird Core Plus Bd Inv | A | Dividend | | | Buy | 07/05/16 | J | | |
| 130. SEP-IRA #1: Baird Core Plus Bd Inv | A | Dividend | | | Distributed | 11/21/16 | J | | |
| 131. SEP-IRA #1: SPDR S&P 500 ETF | A | Dividend | | | Buy | 07/05/16 | J | | |
| 132. SEP-IRA #1: SPDR S&P 500 ETF | A | Dividend | | | Distributed | 11/21/16 | K | | |
| 133. Trust #3: Schwab 529 Aggressive | | None | K | T | Buy (add'l) | 01/11/16 | J | | |
| 134. Trust #5: Schwab 529 Moderate | | None | K | T | Buy (add'l) | 01/11/16 | J | | |
| 135. Trust #6: Schwab 529 Aggressive | | None | J | T | Buy (add'l) | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 06/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAUDIA WILKEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544